Appeals for the Second Circuit denied. *Mr. Sanford H. Cohen* for petitioner. *Assistant Solicitor General Cox, Messrs. Alvin J. Rockwell, Willard Cass, Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 1168. DULANEY *v.* COPPARD, TRUSTEE. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Albert C. Dulaney* for petitioner. *Mr. Nat L. Hardy* for respondent.

No. 1182. MOSS, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Jay E. Darlington* for petitioner. *Messrs. G. Bowdoin Craighill* and *R. Aubrey Bogley* for respondent.

No. 1183. NORTON, TRUSTEE, *v.* TOM GREEN COUNTY. May 21, 1945. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Messrs. Scott Snodgrass, W. P. Dumas* and *John D. McCall* for petitioner. *Mr. Victor W. Bouldin* for respondent.

No. 1186. MADEIRENSE DO BRASIL, S/A *v.* STULMAN-EMRICK LUMBER Co. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert M. Parker* for petitioner. *Mr. Murry C. Becker* for respondent.

No. 1188. SUNRAY OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 21, 1945. Petition for writ of